IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CIVIL ACTION NO.: 4-11-CV-38 ( CDL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $21,175.00 IN UNITED STATES FUNDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TERRANCE DURR, | ) | |
| Claimant. | ) | |

## DEFENDANT / CLAIMANT'S MOTION FOR SUMMARY JUDGEMENT

*COMES NOW* Defendant/ Claimant and respectfully moves this Honorable Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and would state as follows:

1. This Honorable Court entered a scheduling order that all dispositive motions are to be filed no later than January 19, 2012.

2. A motion for summary judgment is authorized under federal law. *See Fed. R. Civ. Proc. 56.*

3. This Motion for Summary Judgment is based upon evidence obtained during the course of discovery conducted in this matter and an attached Brief.

*WHEREFORE,* the Defendant/ Claimant prays that this Motion be in all respects granted.

Respectfully submitted,

/s Dustin J. Fowler
Dustin J. Fowler (FOW017)
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301
Telephone: (334) 793-3377
Facsimile: (334) 793-7756

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Danial E. Bennett
Asst. United States Attorney
P.O. Box 1702
Macon, Georgia, 31202

s/ Dustin J. Fowler
Dustin J. Fowler