IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$21,175.00 IN UNITED STATES )<br>FUNDS, )<br>)<br>Defendant. )<br>_____ )<br>)<br>TERRANCE DURR, )<br>Claimant. ) | CIVIL ACTION NO.: 4-11-CV-38 (CDL) |

## NOTICE OF FILING EVIDENTIARY SUBMISSION

The Claimant/ Defendant files the attached Exhibit A, Deposition of Mr. Durr, in support of his Motion For Summary Judgment:

/s Dustin J. Fowler
Dustin J. Fowler (FOW017)
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301
Telephone: (334) 793-3377
Facsimile: (334) 793-7756

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Danial E. Bennett
Asst. United States Attorney
P.O. Box 1702
Macon, Georgia, 31202

                                        s/ Dustin J. Fowler
                                        Dustin J. Fowler

```
 1    A    I went home.
 2    Q    Did you go to sleep at that point?
 3    A    Yes, sir.
 4    Q    Well, tell me what happened next.
 5    A    My friend, Jerry Lett, which is a ex door -- ex
 6  next-door neighbor, he came and picked me up from the
 7  house and took me to Atlanta.
 8    Q    Now, let's talk a little bit about that.  When
 9  had you decided that you were going to go to Atlanta?
10         MR. FOWLER:    Object to form.
11    THE WITNESS:  A    Probably all that week more
12  than likely.  Yeah, all that week.
13    MR. BENNETT:  Q    What was the purpose of your
14  trip to Atlanta?
15    A    To go get some houses out of foreclosure, to
16  check on them and see how much it was going to cost to
17  get them out and make -- prepare the houses.
18    Q    We'll talk more about that later.  So?
19    A    Okay.
20    Q    Okay.  That was the stated -- that was the
21  purpose of the trip; correct?
22    A    Yes, sir.
23    Q    And you decided earlier in the week you were
24  going to do that?
25    A    Yes, sir.
```



DEFENDANT'S EXHIBIT A