IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CIVIL ACTION NO.: 4-11-CV-38 ( CDL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| $21,175.00 IN UNITED STATES ) | |
| FUNDS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| ) | |
| TERRANCE DURR, ) | |
| Claimant. ) | |

## NOTICE OF FILING EVIDENTIARY SUBMISSION

The Claimant/ Defendant files the attached Exhibit B, Deposition of Mr. Durr, in support of his Motion For Summary Judgment:

/s Dustin J. Fowler
Dustin J. Fowler (FOW017)
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301
Telephone: (334) 793-3377
Facsimile: (334) 793-7756

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Danial E. Bennett
Asst. United States Attorney
P.O. Box 1702
Macon, Georgia, 31202

                                          s/ Dustin J. Fowler
                                          Dustin J. Fowler

```
 1  answer because it was suspended; that's correct, sir?
 2      A   That's correct.  Yeah.
 3      Q   Now, even though your license was suspended at
 4  that point, did you have any other identification on
 5  you?
 6      A   No, I didn't.
 7      Q   Let me ask you this:  How are you going to be
 8  conducting business up in Atlanta if you don't have any
 9  identification at all with you?
10      A   Well, I guess Social Security, Social Security
11  number and so forth.  I really --
12      Q   But you didn't have any other picture ID on you;
13  is that correct?
14      A   You know what?  I had an old, old driver's
15  license, but I told the officer my license was
16  suspended, but it's an old ID, like -- because it
17  wasn't -- it wasn't, you know, accurate, so -- yeah, it
18  was an old ID.
19      Q   Let's get to --
20      A   But I went ahead and told him that it was
21  suspended.
22      Q   Yes, sir.  I'm sorry.  I didn't mean to
23  interrupt you.  Well, let's move ahead to the amount --
24  to the -- you know, the currency that was seized in
25  this case.  Do you recall how much exactly it was?
```



DEFENDANT'S EXHIBIT B