IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CIVIL ACTION NO.: 4-11-CV-38 ( CDL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $21,175.00 IN UNITED STATES FUNDS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| TERRANCE DURR, | ) | |
| Claimant. | ) | |

## NOTICE OF FILING EVIDENTIARY SUBMISSION

The Claimant/ Defendant files the attached Exhibit E, Interrogatory No. 12 propounded to Plaintiff, in support of his Motion For Summary Judgment:

/s Dustin J. Fowler____
Dustin J. Fowler (FOW017)
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301
Telephone: (334) 793-3377
Facsimile: (334) 793-7756

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Danial E. Bennett
Asst. United States Attorney
P.O. Box 1702
Macon, Georgia, 31202

                                        s/ Dustin J. Fowler
                                        Dustin J. Fowler

(c) The race of the person from whom the property was seized in each case.

**Response:**

Plaintiff objects to this request as it is unduly burdensome and not reasonably calculated to lead to the discovery of relevant information.

**INTERROGATORY NO. 11:**

Identify each document in the government's possession, other than the documents produced by claimant in discovery, which contains any information and/or which pertains in any way to the occurrence. The term "document" refers to any writing, drawing, graph, chart, photograph, audio and/or visual recordings, transcripts, and other data compilations frm which information can be obtained and translated, if necessary, into reasonable usable form. Each "document" should be identified by a brief description, author and/or maker, date and subject matter.

**Response:**

Please see response to Interrogatory No. 6.

**INTERROGATORY NO. 12:**

Your verified complaint contends that the defendant Property (proceeds) are traceable to a violation of the Controlled Substances Act. Please identify:

(a) The alleged controlled substance and/or alleged chemical it is alleged to traceable from;

(b) The specific date and/or dates Mr. Durr acquired the alleged Defendant Property that is traceable from the alleged controlled substance and/or alleged chemical;



DEFENDANT'S EXHIBIT E

8

(c)    The specific location and/or locations that the Defendant Property was obtained by Mr. Durr and from who it was obtained; and;

(d)    From whom you received the information, the basis of this information and/or where you obtained the information in your answers a-c of this interrogatory.

**Response:**

The Plaintiff is not aware of a specific transaction for controlled substances, however, the discovery in this instant forfeiture action is still in progress. Additionally, the seizure of the funds in this case was based on the totality of the circumstances.

**INTERROGATORY NO. 13:**

Identify any physical evidence, including but not limited to controlled substance and chemicals, which you intend to use in the trial of this case. As to each, state the date on which it was recovered, the person and exact location from which it was recovered, and the circumstances of the seizure.

**Response:**

A copy of all documents/evidence presently available are being provided with this response. The United States will identify its witnesses and exhibits it intends to use in the trial of this case, in accordance with the requirements of the Court's pretrial order.

**INTERROGATORY NO. 14:**

Were any statements made by Mr. Durr and/or Mr. Lett regarding this matter. If so, please state:

(a)    When the statement(s) were taken;

(b)    Who made the statement(s); and,