IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CIVIL ACTION NO.: 4-11-CV-38 ( CDL) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $21,175.00 IN UNITED STATES FUNDS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| TERRANCE DURR, | ) | |
| Claimant. | ) | |

## NOTICE OF FILING EVIDENTIARY SUBMISSION

The Claimant/ Defendant files the attached Exhibit F, Deposition of Mr. Durr, in support of his Motion For Summary Judgment:

/s Dustin J. Fowler
Dustin J. Fowler (FOW017)
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301
Telephone: (334) 793-3377
Facsimile: (334) 793-7756

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Danial E. Bennett
Asst. United States Attorney
P.O. Box 1702
Macon, Georgia, 31202

                                                s/ Dustin J. Fowler
                                                Dustin J. Fowler

```
 1        MR. FOWLER:      Object to form.
 2        THE WITNESS:  A    By pulling it out the bank from
 3   time to time.  That's it.
 4        MR. BENNETT:  Q    So you would have withdrawal
 5   slips from your bank to show you periodically
 6   withdrawing cash over time and putting it in your
 7   closet?
 8        A    Yes, sir.
 9        Q    Over what period of time did it take you to
10   accumulate $21,000?
11        A    Ever since I been at -- been there.
12        Q    Been where?
13        A    Adams Beverages.
14        Q    So for how many years is that?
15        A    February 5th it'll be eight years.
16        Q    So it's your testimony that you've slowly
17   accumulated $21,000 in cash over eight years; is that
18   correct?
19        A    Yes, sir.
20        Q    And the $21,000 is derived completely from your
21   wages at Adams?
22        A    Yeah, and also a loan that I go from Army
23   Aviation, the loan I was telling you about, I got a
24   $4,500 loan.  And my dad won -- he was gambling down at
25   Country Crossing.
```



DEFENDANT'S EXHIBIT F