IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMUBS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | CASE NO.: 4:11-CV-38 (CDL) |
| v. | : | |
| | : | |
| $21,175.00 IN UNITED STATES FUNDS, | : | |
| | : | |
| Defendant Property, | : | |
| | : | |
| TERRANCE DURR, | : | |
| Claimant. | : | |

**UNITED STATES OF AMERICA'S RESPONSE TO
CLAIMANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the United States of America, Plaintiff, by and through the United States Attorney for the Middle District of Georgia, and hereby opposes and responds to the motion for summary judgment filed by Terrance Durr, through his counsel, Dustin J. Fowler.

In support of its response, the United States contemporaneously files its Response to Claimant's Statement of Material Facts and Memorandum of Law.

Dated this February  8th , 2012.

                                MICHAEL J. MOORE
                                UNITED STATES ATTORNEY


                    By:     s/ DANIAL E. BENNETT
                                ASSISTANT UNITED STATES ATTORNEY
                                GEORGIA STATE BAR NO.  052683
                                UNITED STATES ATTORNEY'S OFFICE
                                Post Office Box 1702
                                Macon, Georgia 31202-1702
                                Telephone: (478) 752-3511
                                Facsimile: (478) 621-2712

**CERTIFICATE OF SERVICE**

I, DANIAL E. BENNETT, Assistant United States Attorney, hereby certify that on the  8th  day of February, 2012, I electronically filed the within and foregoing United States' Response to Claimant's Motion for Summary Judgment, United States' Response to Claimant Durr's Statement of Material Facts and United States' Memorandum of Law in Opposition to Claimant Durr's Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Dustin J. Fowler, Esq., at:
        dustinjfowler@hotmail.com
        Attorney for Claimant Terrance Durr

                      MICHAEL J. MOORE
                      UNITED STATES ATTORNEY

By:    s/ DANIAL E. BENNETT
        ASSISTANT UNITED STATES ATTORNEY
        GEORGIA STATE BAR NO.  052683
        UNITED STATES ATTORNEY'S OFFICE
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2712