IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> Plaintiff, : <br> : <br> v. : <br> : <br> $21,175.00 IN UNITED STATES : <br> FUNDS, : <br> Defendant Property : <br> : <br> TERRANCE DURR, : <br> Claimant. : | CASE NO. 4-11-CV-38 (CDL) |

## AFFIDAVIT OF DWIGHT DUKE

I, Dwight Duke, being first duly sworn on oath, hereby declare and state:

1. I am employed with the Harris County Sheriff's Office (HCSO) as a Deputy Sheriff/K-9 unit and have been so for approximately eight years. I am currently assigned to the Utility Squad/K-9 Division where I work traffic details and drug interdiction for Harris County.

2. On October 30, 2010, I was contacted by Sergeant Stanford who requested the use of a K-9 at the HCSO. Upon arrival, Sgt. Stanford informed me of the traffic stop involving Jerry Lett and Terrance Durr. Sgt. Stanford wanted me to deploy K-9 Cierra, a dog trained to detect the odor of narcotics, to check the vehicle and U.S. currency that was found in the vehicle.

3. Sgt. Stanford advised me that the traffic stop occurred on Interstate 185 northbound near mile marker 20. Deputy Drew Crane had discovered the currency during his search of the vehicle.

4. Sgt. Stanford requested the free air sniff of the currency be conducted in the side parking lot of the Sheriff's Office away from moving traffic in the main parking lot.

5. We then placed four identical brown paper bags in a row with the currency in one bag and random items in the remaining three bags.

6. K-9 Cierra gave a positive response to the odor of narcotics in the brown paper bag that contained the currency.

7. A free air sniff of the vehicle that Mr. Lett and Mr. Durr were driving at the time of the traffic stop was also conducted. K-9 Cierra also gave a positive response to the odor of narcotics on the vehicle.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____ SD-19
Dwight Duke, Deputy
Harris County Sheriff's Office

Sworn and subscribed before me
This __8__ day of February, 2012.

Notary Public: Bettye J. Mahone
My commission expires:
Bettye J. Mahone
Commission expires Sept. 5, 2014