*UNITED STATES DISTRICT COURT*
*FOR THE MIDDLE DISTRICT OF GEORGIA*
*COLUMBUS   DIVISION*
*AT COLUMBUS, GEORGIA*

**MINUTE SHEET OF COURT PROCEEDINGS (UNCONTESTED/NON-EVIDENTIARY)**

| | |
|---|---|
| Date: 5/14/2012 | Type of Hearing: Pretrial Conference |
| Judge: CLAY D. LAND | Court Reporter: Kenna Cameron |
| Courtroom Deputy: Pamela G. Sweeden | Interpreter: n/a |

*Case Number:*   4:11-CV-38 (CDL)

| | |
|---|---|
| USA | Counsel: Dan Bennett |
| vs. | |
| $21,175. in U.S. Currency<br><br>Terrance Durr, Claimant | Counsel:<br><br>Dustin J. Fowler; Derek E. Yarbrough |
| Agents/experts in attendance: | |

*DISCLAIMER:   CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.   ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

Court Time:   10 minutes

10:00 AM    Court convened.  Case was called and participants recognized.  Parties discussed date for bench trial and it was decided the case would be set down for Tuesday, June 26, 2012 at 9:30 AM.  The Court heard arguments on Claimant's motion in limine (doc. 30) and denied the motion.

10:10 AM    Court adjourned.