DATE: 10-30-2010

TIME: 0737

LOCATION: I-185 N mm 26

I, JERRY LAMAR L. , have been informed of the following:

1. I have not been promised anything in exchange for consenting to this search.

2. I have not been threatened in any way to force or compel me to give this voluntary consent to search my vehicle.

3. I have the right to refuse the search of my vehicle.

4. I fully understand that anything found in the search of my vehicle may be used against me in a court of law.

5. I am sober, competent, and sufficiently intelligent to understand this form and my rights.

6. I can read, write, and understand the English language.

7. I have received the following formal education: 13 Years

I hereby authorize Dep. Crane and Gillie D officers of the Harris County Sheriff's Office, to conduct a complete search of my vehicle and the contents within it. The vehicle to be searched is described as follows:

Vehicle: Chrysler Sebring

Tag Number: _____ 9307

V.I.N.: _____ 4798

Registered Owner: Cedric Dean Gale / Terry Williams

Address: 18499 E. South Blvd #6 Blakely GA. 39823

I permit these law enforcement officers, to take from the above described vehicle any property or contraband that is present, which violates State or Federal Law.

_____
PERSON AUTHORIZING CONSENT TO SEARCH

WITNESSED BY:

_____

_____

GOVERNMENT EXHIBIT P - 2

## VOLUNTARY DISCLAIMER OF INTEREST AND OWNERSHIP

STATE OF __GEORGIA__ )
COUNTY OF __Harris__ )

TO WHOM IT MAY CONCERN:

THAT I, __Jerry Lamar Lett__, hereby disclaim any and all interest I may have in the __$21,165.00__ in United States Currency. I further waive the right to plead or answer in any forfeiture action concerning the above-referenced currency, seized from me, on this __30__ day of __OCT__, 20__10__. I herein waive and disclaim any and all interests in the currency sought to be forfeited, and agree that this cause may be tried and judgment entered without further notice to me.

The undersigned hereby declares that he/she has completely read or has had the above explained to him/her, and fully understands and voluntarily accepts the terms contained herein.

_____
PERSON IN POSSESSION OF PROPERTY

_____
WITNESS

(If Applicable)
Subscribed and sworn to before me, a notary public, on this _____ day of _____, 20____.

_____
Notary Public

My commission expires:

_____
(Seal)

GOVERNMENT EXHIBIT
P - 3



# HARRIS COUNTY SHERIFFS OFFICE
# CANINE UNIT USAGE REPORT

| | | | |
|---|---|---|---|
| School/Location: HCSO Parking Lot (CID) | | | |
| Handler: D. Duke | K-9: Cierra | | Case No: ▓▓▓ |
| Date: 10-30-10 | Time Occurred: 1080hrs | | Time Requested: |
| Time Arrived: | Time of Find: | | Time End: 1145(?) |

## TYPE OF K-9 APPLICATION

| Track: | Area Search: | Evidence Search: | Public Demo: |
|---|---|---|---|
| Crowd Control: | Apprehension: | Building Search: | **(Narcotic Search:)** |
| Ordinance Search: | Special Operations: | Other: | |

## APPLICATION RESULTS

| Successful Application: | **(Successful Application / Nothing Found:)** | Unsuccessful Application: | Offense Unconfirmed: |
|---|---|---|---|

### NARCOTICS ONLY: LIST TOTAL NUMBER OF, TYPE OF SEARCHES AND TYPE OF ALERT

| Vehicle(s): 1 | Building/Room(s): | Area(s): | Other: |
|---|---|---|---|
| No Alert/Nothing Found: | Alert/Nothing Found: yes | | No Alert/Nothing Found: |
| Alert/Narcotics Found: | | Unknown Response: | |
| Type of Area: HCSO CID Parking Lot | | Weather Conditions: Clear | |

## SUMMARY/DETAILS OF EVENTS

Requested by Sgt. Stanford to conduct free air search of vehicle.

## HANDLER NARRATIVE

Conducted free air search of vehicle that was brought to sheriffs office from traffic stop conducted on I-185 where large amount of U.S. Currency had been located. K-9 "Cierra" had a positive odor response for Narcotics on the vehicle.

---

Suspects Apprehended:

Note: Additional narrative or diagram of the track/search area, should be added/drawn on the other side of this report or on a separate sheet of paper.
Track or Area Legend:  S = Starting Point  X = End  E = Evidence Recovered

| Handler: | Supervisor: |
|---|---|

**GOVERNMENT EXHIBIT P - 4**



# HARRIS COUNTY SHERIFFS OFFICE
## CANINE UNIT USAGE REPORT

School/Location: H.C. SO. Parking Lot (CID)
Handler: D. Duke
K-9: Cierra
Case No: [redacted]
Date: 10-30-10
Time Occurred: 10:30 hrs
Time Requested:
Time Arrived:
Time of Find:
Time End: 11:45 hrs

### TYPE OF K-9 APPLICATION
| Track: | Area Search: | Evidence Search: | Public Demo: |
|---|---|---|---|
| Crowd Control: | Apprehension: | Building Search: | Narcotic Search: ✓ |
| Ordinance Search: | Special Operations: | Other: Currency Sniff | |

### APPLICATION RESULTS
| Successful Application: YES | Successful Application Nothing Found: | Unsuccessful Application: | Offense Unconfirmed: |
|---|---|---|---|

### NARCOTICS ONLY: LIST TOTAL NUMBER OF, TYPE OF SEARCHES AND TYPE OF ALERT
| Vehicle(s): | Building/Room(s):   Area(s): | Other: Currency |
|---|---|---|
| No Alert/Nothing Found: | Alert/Nothing Found: | No Alert/Nothing Found: |
| Alert/Narcotics Found: | Unknown Response: | |
| Type of Area: HCSO C.I.D. Parking Lot | Weather Conditions: Clear | |

### SUMMARY/DETAILS OF EVENTS
Requested by Sgt. Stanford to conduct free air sniff of currency found on traffic stop.

### HANDLER NARRATIVE
Conducted Currency Sniff using 4 brown paper bags. One bag contained currency with other bags containing Articles in each bag. K-9 Cierra Conducted Free Air Search of bags, showing odor response to bag containing Currency.

Suspects Apprehended:

Note: Additional narrative or diagram of the track/search area, should be added/drawn on the other side of this report or on a separate sheet of paper.
Track or Area Legend:   S = Starting Point   X = End   E = Evidence Recovered

Handler: [signature]   SD-A   Supervisor: [signature] Cpt.

# * PROPERTY AND EVIDENCE FORM *

**DATE:** 10-30-2010

**CASE NUMBER:** [redacted]

**NAME OF PERSON FROM WHOM PROPERTY WAS OBTAINED / ADDRESS:** DURR TERRANCE DEVON 179 BIVINS DR. Ozark AL 36360

**LOCATION WHERE PROPERTY WAS LOCATED:** Under Passenger Front Seat 10-30-2010 0737

**OFFICER OBTAINING THE PROPERTY:** Drew Crane SD-34

**DATE / TIME OBTAINED:** 10-30-2010 0737

**SUSPECT'S NAME / ADDRESS:** DURR TERRANCE DEVON 179 BIVINS DR. Ozark AL. 36360

| ITEM # | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 1 | 1 | Total Amount U.S Currency $21,165-00 Twenty One Thousand one Hundred & Sixty Five and No Dollars/hundredths |
| | | Last Item |

| ITEM # | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1 | 10-30-10 | [signature] | Drew Crane | Evidence/Testing |

GOVERNMENT EXHIBIT P-5

EXHIBIT

P - 6

Video of Traffic Stop on October 30, 2010

Located on DVD





EXHIBIT

P - 7

DVD of Controlled Sweep of Currency
seized during traffic stop on October 30, 2010, by K-9

**Located on DVD**



**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Harris County SO | FILE TITLE | |
| | DATE 11-05-2010 | |

**DIVISION/DISTRICT OFFICE**

Columbus RO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| One (1) | $21,175.00 Cashier's Check | HVSRM Processing |
| | *****Nothing Follows****************** | |

**RECEIVED BY (Signature)** [signature]

**WITNESSED BY (Signature)** [signature]

NAME AND TITLE (Print or Type): SA Black, SA  HVSRM

NAME AND TITLE (Print or Type): Pounds, Ryan   TFO

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm

**GOVERNMENT EXHIBIT P - 8**