AO 245B (Rev. .95) Sheet 1 - Judgment in a Criminal ...e                                                    )

# United States District Court

## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **TERRANCE DURR** | Case Number:  1:96CR00115-0 ~~FILED~~ |
| | **Thomas D. Motley** |
| | Defendant's Attorney |

**THE DEFENDANT:**

DEC 3 1996

☒ pleaded guilty to count(s)  1 of the Indictment.

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.
MONTGOMERY ALA

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| **21 U.S.C.  §  846** | **Conspiracy to Possess with Intent to Distribute Cocaine Base** | 06/05/1996 | 1 |
| **and** | | | |
| **21 U.S.C.  §  841 (a)(1)** | | 06/05/1996 | |

The defendant is sentenced as provided in pages 2 through  6  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has been found not guilty on count(s) _____

☒  Count(s)  reamining against defendant     are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: ████-1781 | 11/26/1996 |
| Defendant's Date of Birth: ████1973 | Date of Imposition of Judgment |
| Defendant's USM No.: | |
| Defendant's Residence Address: | |
| **701 Crimson Court** | |
| | Signature of Judicial Officer |
| **Dothan          AL      36303** | **Myron H. Thompson, Chief Judge** |
| | **United States District Court** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **701 Crimson Court** | |
| | 12|3|96 |
| **Dothan          AL      36303** | Date |

GOVERNMENT
EXHIBIT
p  11

ATTEST: A True Copy,
Certified to  2-16-2012
Clerk, U.S. District Court,
Middle District of Alabama

BY  Kimberli Ruff
Deputy Clerk

EOD   12-3-96

130

AO 245B (Rev. 3/95) Sheet 2 - Imprisonment

Judgment-Page   2   of   6

DEFENDANT:      **TERRANCE DURR**

CASE NUMBER:    **1:96CR00115-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   __151     month(s)__   .

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at   _____   a.m./p.m.  on   _____   .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on   _____   .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

Judgment-Page __3__ of __6__

DEFENDANT:        **TERRANCE DURR**
CASE NUMBER:      **1:96CR00115-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____5_____ year(s) .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Sheet     3.01

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 3/95) Sheet 3 - Supervised Release

DEFENDANT:        TERRANCE DURR
CASE NUMBER:      1:96CR00115-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a drug treatment program if determined necessary by the probation officer.

AO 245B (Rev. 3/95) Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT:     **TERRANCE DURR**
CASE NUMBER:     **1:96CR00115-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100.00 | $ 0.00 | $ 0.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .   $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____0.00__ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ The interest requirement is waived.

   ☐ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |
| Totals: | $ _____ | $ _____ | |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245B (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

Judgment- .ge __5__ of __6__

DEFENDANT:      **TERRANCE DURR**

CASE NUMBER:   **1:96CR00115-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   ☒   in full immediately; or

B   ☐   $ _____ immediately, balance due (in accordance with C, D, or E); or

C   ☐   not later than _____ ; or

D   ☐   in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E   ☐   in _____ *(e.g. equal, weekly, monthly, quarterly)*   installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Criminal Monetary Penalties shall be paid to the Clerk, U. S. District Court, P. O. Box 711, Montgomery, Alabama 36101.**

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

AO 245B (Rev. 3/95) Sheet 6 - Statement of Reasons

Judgment-Page  6  of  6

DEFENDANT:        **TERRANCE DURR**
CASE NUMBER:       1:96CR00115-001

# STATEMENT OF REASONS

☒  The court adopts the factual findings and guideline application in the presentence report.

## OR

☐  The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level:     _____35_____

Criminal History Category:     _____I_____

Imprisonment Range:    _____168_____ to _____210_____ months

Supervised Release Range:    _____5_____ to _____5_____ years

Fine Range:  $ _____20,000.00_____ to $ _____4,000,000.00_____

☒  Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ _____0.00_____

☐  Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐  For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐  Partial restitution is ordered for the following reason(s):

☐  The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐  The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

## OR

☒  The sentence departs from the guideline range:

☒  upon motion of the government, as a result of defendant's substantial assistance.

☐  for the following specific reason(s):

Case 1:96-cr-00115-MHT -VPM   Document 182   Filed 05/02/01   Page 1 of

**FILED**

AO 245C (Rev. 3/95) Sheet 1 - Amended Judgment in a Criminal Case      (NOTE: Identify Changes with Asterisks (*))

# United States District Court

MAY 2 2001

## Middle District of Alabama

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed On or After November 1, 1987) |
| **TERRANCE DURR** | Case Number: **1:96CR00115-001** |

**Date of Original Judgment:**   11/26/1996
*(or Date of Last Amended Judgment)*

**Thomas D. Motley**
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))

☒ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36))

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant to   ☐ 28 U.S.C § 2255,
    ☐ 18 U.S.C. § 3559(c)(7), or   ☐ Modification of Restitution Order

## THE DEFENDANT:

☒ pleaded guilty to count(s)    **1 of the Indictment.**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Cocaine Base | 06/05/1996 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) __remaining against defendant__    are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ██████1781

Defendant's Date of Birth: █████1973

Defendant's USM No.: ████

Defendant's Residence Address:

**701 Crimson Court**

**Dothan**      **AL**     **36303**

Defendant's Mailing Address:

**701 Crimson Court**

**Dothan**      **AL**     **36303**

04/30/1901

Date of Imposition of Judgment

_Signature of Judicial Officer_

**MYRON H. THOMPSON**

**UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

ATTEST: A True Copy.
Certified to _2-16-2012_
Clerk, U.S. District Court,
Middle District of Alabama

Date 5/2/01

BY _Kimberly Ruff_

Deputy Clerk

182

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case   Sheet 2 - Imprisonment   (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __2__ of __6__

DEFENDANT:   **TERRANCE DURR**
CASE NUMBER:   **1:96CR00115-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   *   **98**   month(s)   .

**The term of imprisonment imposed on November 26, 1996, is hereby REDUCED from 151 Months to 98 Months.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that the defendant be allowed to participate in the Intensive Residential Drug Treatment Program.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U S Marshal

DEFENDANT: **TERRANCE DURR**

CASE NUMBER: **1:96CR00115-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 year(s)**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

**See Special Conditions of Supervision - Sheet 3.01**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:         **DEREK ELLIOTT**
CASE NUMBER:       1:96CR00143-001

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in a substance abuse treatment program if determined necessary by the probation officer.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case. Sheet 5, Part A - Criminal Monetary Penalties    (NOTE: Identify Changes with Asterisks (*))

Case 1:96-cr-00115-MHT-VPM  Document 182  Filed 05/02/01  Page 5 of 7

Judgment-Page ___4___ of ___6___

DEFENDANT:      **TERRANCE DURR**

CASE NUMBER:    **1:96CR00115-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $        100.00 | $        0.00 | $        0.00 |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of    $_ _____ 0.00

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ The interest requirement is waived.

    ─ The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ .  An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| **Name of Payee** | **\*\* Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
|  |  |  |  |
| **Totals:** | $_ _____ | $_ _____ | |

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 5, Part B - Criminal Monetary Penalties     (NOTE: Identify Changes with Asterisks (*))

DEFENDANT:        **TERRANCE DURR**

CASE NUMBER:      **1:96CR00115-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   ☒   in full immediately; or

B   ☐   $ _____ immediately, balance due (in accordance with C, D, or E); or

C   ☐   not later than _____ ; or

D   ☐   in installments to commence _____ day(s) after the date of this judgment.  In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E   ☐   in _____ *(e.g. equal, weekly, monthly, quarterly)* installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The `District Court` will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Criminal Monetary Penalties shall be paid to the Clerk, U. S. District Court, P. O. Box 711, Montgomery, Alabama 36101.**

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.

Case 1:96-cr-00115-MHT-VPM    Document 182    Filed 05/02/01    Page 7 of 7    (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __6__ of __6__

DEFENDANT:        **TERRANCE DURR**
CASE NUMBER:      **1:96CR00115-001**

# STATEMENT OF REASONS

☒   The court adopts the factual findings and guideline application in the presentence report.

## OR

☐   The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: ____35____

Criminal History Category: __ _ I ___

Imprisonment Range: __168__ to ____210____ months

Supervised Release Range: __5____ to ___5____ years

Fine Range: $ __20,000.00__ to $ ___4,000,000.00___

☒   Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ __ __0.00___

☐   Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐   For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐   Partial restitution is ordered for the following reason(s):

☐   The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐   The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

## OR

☒   The sentence departs from the guideline range:

☒   upon motion of the government, as a result of defendant's substantial assistance.

☐   for the following specific reason(s):

AO 245C (Rev. 3/95) Sheet 1 - Amended Judgment in a Criminal Case                                              (NOTE:  Identify Changes with Asterisks (*))

# United States District Court
## Middle District of Alabama

UNITED STATES OF AMERICA     <u>CORRECTED</u>**AMENDED JUDGMENT IN A CRIMINAL CASE**
v.
(For Offenses Committed On or After November 1, 1987)

**TERRANCE  DURR**

**Date of Original Judgment:**    **11/26/1996**     Case Number:   **1:96CR00115-001**
*(or Date of Last Amended Judgment)*

**Reason for Amendment:**     <u>**Thomas D. Motley**</u>
Defendant's Attorney

☐ Correction of Sentence on Remand (Fed. R. Crim. P. 35(a))     ☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))
☒ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))     ☐ Modification of Imposed Term of Imprisonment for Extraordinary and
☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(c))          Compelling Reasons (18 U.S.C § 3582(c)(1))
☐ Correction of Sentence for Clerical Mistake (Fed R Crim P 36))     ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s)
                                                                     to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
                                                               ☐ Direct Motion to District Court Pursuant to   ☐ 28 U.S.C. § 2255,
**THE DEFENDANT:**                                                  ☐ 18 U.S.C § 3559(c)(7), or   ☐ Modification of Restitution Order

☒ pleaded guilty to count(s)    **1 of the Indictment.**

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C.  846 | Conspiracy to Possess with Intent to Distribute Cocaine Base | 06/05/1996 | 1 |

The defendant is sentenced as provided in pages 2 through   **6**   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)   **remaining against defendant**        are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ████████1781          **04/30/2001**
Defendant's Date of Birth: ████████1973          Date of Imposition of Judgment
Defendant's USM No.: ████████

Defendant's Residence Address:

**701 Crimson Court**
                                              Signature of Judicial Officer

**Dothan            AL        36303**          **MYRON H. THOMPSON**
                                              **UNITED STATES DISTRICT JUDGE**
                                              Name & Title of Judicial Officer

Defendant's Mailing Address:

**701 Crimson Court**                          ATTEST:  A True Copy.
                                              Certified to            2-16-2012
                                              Clerk, U.S. District Court,
**Dothan            AL        36303**          Middle District of Alabama
                                       5/2/200
                                       Date                BY _____ 183
                                                              Deputy Clerk

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 2 - Imprisonment    (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __2__ of __6__

DEFENDANT:        **TERRANCE DURR**
CASE NUMBER:      **1:96CR00115-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  * **98**   month(s)   .

**The term of imprisonment imposed on November 26, 1996, is hereby REDUCED from 151 Months to 98 Months.**

☒  The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that the defendant be allowed to participate in the Intensive Residential Drug Treatment Program.**

☒  The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

    at _____ a.m./p.m.  on _____

    as notified by the United States Marshal.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    before 2 p.m. on _____

    as notified by the United States Marshal.

    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    Deputy U S Marshal

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 3 - Supervised Release                    (NOTE: Identify Changes with Asterisks (*))

Case 1:96-cr-00115-MHT -VPM   Document 183   Filed 05/02/01   Page 3 of 7

Judgment-Page   3   of   6

DEFENDANT:      **TERRANCE DURR**

CASE NUMBER:    **1:96CR00115-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of          **5**      year(s)   .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below) . The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Sheet   3.01

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)  the defendant shall support his or her dependents and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or   other acceptable reasons;
6)  the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:        **TERRANCE DURR**

CASE NUMBER:      **1:96CR00115-001**

# SPECIAL CONDITIONS OF SUPERVISION

**The defendant shall participate in a drug treatment program if determined necessary by the probation officer.**

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties          (NOTE: Identify Changes with Asterisks (*))

Case 1:96-cr-00115-MHT -VPM   Document 183   Filed 05/02/01   Page 5 of 7

Judgment-Page __4__ of __6__

DEFENDANT:      **TERRANCE DURR**

CASE NUMBER:    **1:96CR00115-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $     100.00 | $     0.00 | $     0.00 |

— If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . .  $ _____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of     $ _____ 0.00

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

— The court determined that the defendant does not have the ability to pay interest and it is ordered that:

— The interest requirement is waived.

— The interest requirement is modified as follows:

# RESTITUTION

— The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

— The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

|  | **Totals:** | $ _____ | $ _____ |
|---|---|---|---|

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed *on* or after September 13, 1994.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 6, Part B - Criminal Monetary Penalties (NOTE: Identify Changes with Asterisks (*))

Case 1:96-cr-00115-MHT -VPM   Document 183   Filed 05/02/01   Page 6 of 8

Judgment-Page **5** of ___

DEFENDANT:        **TERRANCE DURR**

CASE NUMBER:    **1:96CR00115-001**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ─  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ─  not later than _____ ; or

D  ─  in installments to commence _____ day(s) after the date of this judgment.  In the event the entire amount of
   ─  criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation
      officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if
      appropriate; or

E  ─  in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____
   ─  over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The District Court will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**Criminal Monetary Penalties shall be paid to the Clerk, U. S. District Court, P. O. Box 711, Montgomery, Alabama  36101.**

─ The defendant shall pay the cost of prosecution.
─

─ The defendant shall forfeit the defendant's interest in the following property to the United States:
─

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.

AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case - Sheet 6 - Statement of Reasons                    (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __6__ of __9__

DEFENDANT:        **TERRANCE DURR**

CASE NUMBER:      **1:96CR00115-001**

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

# OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: ___35___

Criminal History Category: ___I___

Imprisonment Range: ___168___ to ___210___ months

Supervised Release Range: ___5___ to ___5___ years

Fine Range: $ ___20,000.00___ to $ ___4,000,000.00___

   ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ ___0.00___

   ☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

   For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

   Partial restitution is ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

# OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

# OR

☒ The sentence departs from the guideline range:

   ☒ upon motion of the government, as a result of defendant's substantial assistance.

   ☐ for the following specific reason(s):