# K-9 Narcotic Detection Certification

This certifies accomplishment in
*K-9 Narcotic Certification*
FINDS OF: MARIJUANA, COCAINE

Has been achieved on this 17th day of January In the year 2010, by <u>Dwight Duke &</u> <u>Cierra - A German Shepherd</u>

Certifying Agent
Robert Starrett *Robert Starrett*

Administrator
Gary LaFollette *Gary LaFollette*

Drug Beat K-9 Certifications
4085 N Farm Rd 249
Strafford, MO 65757
Phone(417)353-1596
Fax(417)736-3239

GOVERNMENT EXHIBIT
P - 12

rris County S.O. - Canine Training

| Handler: | Canine: | Date: |
|---|---|---|
| D. Duke | Cierra | 10-3-10 |

| Type of Training: | Location of Training: |
|---|---|
| Narcotics | Pate Park - Cataula |

| Start Time: | End time: | Environmental conditions: |
|---|---|---|
| 1200 | 1600 hrs. | Clear |

|   | Aid | Hgt. | Type | Quantity | Time Place | Time Found | Response |
|---|---|---|---|---|---|---|---|
| 1. | METH | | | 2 gr. | | | |
| 2. | Cocaine | | | 1 gr. | | | |
| 3. | METH | | | 2 gr. | | | |
| 4. | Marijuana | | | .5 ounce | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |

### Location of Training Aid

| 1. | 2 rooms (bathrooms) hide in hand dryer (boys) |
| 2. | 2 rooms (bathrooms) hide in hole in wall by lightswitch (girls) |
| 3. | 2 vehicles hide in front grill |
| 4. | Area Search hide in garbage can by Con. Stand |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Comments:

GOVERNMENT EXHIBIT P - 13

...rris County S.O. - Canine Training

| Handler: | Canine: | Date: |
|---|---|---|
| D. Duke | Cierra | 10-10-10 |

| Type of Training: | Location of Training: | |
|---|---|---|
| Narcotics | Home  467 Sputnik St | |

| Start Time: | End time: | Environmental conditions: |
|---|---|---|
| 0900 | 1300 | Cloudy |

| | Aid | Hgt. | Type | Quantity | Time Place | Time Found | Response |
|---|---|---|---|---|---|---|---|
| 1. | Marijuana | | | 5gr | | | |
| 2. | Meth | | | 2.3gr | | | |
| 3. | Cocaine | | | 1gram | | | |
| 4. | Marijuana | | | 8gr | | | |
| 5. | Cocaine | | | 1gram | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |

Location of Training Aid

1. 4 safety cones with hide in 4th cone
2. on shelf inside basement on 2nd shelf
3. Area search in yard under tree hidden under leaves.
4. 2 vehicles in rear reciever hitch of vehicle 1
5. Inside shed in back yard under tires.
6.
7.
8.

Comments:

GOVERNMENT EXHIBIT P - 14

Harris County S.O. - Canine Training

| Handler: D. Duke | Canine: Cierra | Date: 10-17-10 |
|---|---|---|
| Type of Training: Narcotics | Location of Training: HCSO Impound Lot | |
| Start Time: 1800hrs | End time: 2200hrs | Environmental conditions: Clear. |

| | Aid | Hgt. | Type | Quantity | Time Place | Time Found | Response |
|---|---|---|---|---|---|---|---|
| 1. | Cocaine | | | 13.3 gn. | | | |
| 2. | Meth | | | 31 gn | | | |
| 3. | Marijuana | | | 36.6 gn | | | |
| 4. | Cocaine | | | 13.3 gn | | | |
| 5. | Meth | | | 31 gn | | | |
| 6. | Marijuana | | | 13.7 gn | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |

Location of Training Aid

| 1. | under SRT Trailer on frame |
|---|---|
| 2. | in gas cap of blue Truck |
| 3. | in grill of Cadil. |
| 4. | inside portable light Engine Compartment |
| 5. | in ds rear fender well of Nissan |
| 6. | inside Jack Compartment on travel Trailer. |
| 7. | |
| 8. | |

Comments:

GOVERNMENT EXHIBIT P - 15

| | Handler: D. DUKE | | Canine: Cierra | | Date: 10-25-10 | |
|---|---|---|---|---|---|---|
| | Type of Training: NARCOTICS (re-cert) | | Location of Training: Austell P.d. (GA) | | | |
| | Start Time: 1400 hrs. | | End time: 1800 hrs. | | Environmental conditions: | |

| | Aid | Hgt. | Type | Quantity | Time Place | Time Found | Response |
|---|---|---|---|---|---|---|---|
| 1. | Marijuana | | | 1 ounce | | | |
| 2. | Meth | | | 2.3 grams | | | |
| 3. | Marijuana | | | 1 ounce | | | |
| 4. | Meth | | | 2.3 grams | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |

### Location of Training Aid

| | |
|---|---|
| 1. | 4 vehicles hide in front grill |
| 2. | 4 vehicles hide in rear reciever hitch |
| 3. | 3 rooms inside p.d. hide in womens bathroom |
| 4. | 3 rooms inside p.d. hide in Kitchen Area on Counter top under Towel |
| 5. | |
| 6. | |
| 7. | |
| 8. | |

Comments:

**GOVERNMENT EXHIBIT P - 16**

# K-9 Narcotic Detection Certification

This certifies accomplishment in
K-9 Narcotic Certification
*FINDS OF: MARIJUANA, METHAMPHETAMINE*

Has been achieved on this 25th day of October
In the year 2010, by *Dwight Duke &
Cierra - A German Shepherd*

Certifying Agent
Robert Starrett

Administrator
Gary LaFollette

Drug Beat K-9 Certifications
4085 N Farm Rd 249
Strafford, MO 65757
Phone(417)353-1596
Fax(417)736-3239

GOVERNMENT EXHIBIT
P – 17