U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 124
COLUMBUS, GEORGIA 31902

OFFICIAL BUSINESS

4:11CV38

USA vs.
$ 21,175.00

Claimant; Terrance Durr

17 photos - Exhibit D-11

































