**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.: 4:11-CV-38 (CDL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **$ 21,175.00 IN UNITED STATES FUNDS,** | ) | |
| | ) | |
| **Defendant Property,** | ) | |
| | ) | |
| **TERRANCE DURR,** | ) | |
| | ) | |
| **Claimant.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Claimant, Terrance Durr, who is the owner of the above-captioned $ 21,175.00 in United States Funds, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the Final Judgment entered on June 29, 2012 and the denial of the Claimant's Motion for New Trial entered on August 21, 2012.

/s Dustin J. Fowler
Dustin J. Fowler
One of the Attorneys for Claimant
185 N. Oates Street
Dothan, Al 36301
(334) 793-3377-Telephone
(334) 793-77569 Facsimile

Of Counsel:
Derek Yarbrough
Motley, Motley & Yarbrough, LLC
117 East Main Street
Dothan, Al 36301

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. mail and the CM/ECF system on August 21, 2012, which will send notification of such filing to the following of record:

Danial E. Bennett, Esq.
Assistant United States Attorney
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202

/s Dustin J. Fowler
Dustin J. Fowler